UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.S.T. CORPORATION,

    Plaintiff,

v.

ROBERT BOSCH LLC,
f/k/a ROBERT BOSCH
CORPORATION,
ROBERT BOSCH GMBH, and
BOSCH AUTOMOTIVE PRODUCTS
(SUZHOU) CO., LTD.,

    Defendants.
_____/

Case No. 15-13842

HON. AVERN COHN

# ORDER
### ADOPTING AMENDED REPORT AND RECOMMENDATION NO. 3 (Doc. 371)
### AND
### GRANTING IN PART AND DENYING IN PART JST'S MOTION TO COMPEL (Doc. 183)

I.

This is a misappropriation of trade secrets case. Plaintiff, J.S.T. Corporation ("JST"), is suing Defendants, Robert Bosch LLC, Robert Bosch GmbH, and Bosch Automotive Products Co., Ltd. (collectively, "Bosch").

The Court appointed an Expert Advisor to deal with discovery and other matters. (Doc. 191). The Expert Advisor issued an Amended Report and Recommendation No. 3 (Doc. 371) regarding JST's motion to compel, Doc. 183. The Expert Advisor, after hearing objections from the parties, recommends the following:

> 1. To the extent Bosch has not completed its production from Bosch China, the Bosch be ordered to complete those productions by May 1, 2019;

2. Because JST confirmed that its Motion to Compel at this juncture solely concerned Bosch Sistemas, JST's Motion to Compel is MOOT with respect to Bosch India and UAES;

3. Because JST and Robert Bosch GmbH reached an agreement that Bosch will produce information from Bosch Mexico, but recognizing that Bosch previously failed to produce all responsive documents after the Expert Adviser issued his Third Report and Recommendation, Bosch shall to produce all documents from Bosch Sistemas that are responsive to the parties agreed-upon search terms and custodians no later than April 30, 2019;

4. JST's Motion to Compel further responses to Special Interrogatories No. 1 and 2 as described above is GRANTED and JST's Motion to Compel with respect to Special Interrogatory No. 6 is DENIED.

II.

The Court, having considered the matter, agrees with the recommendations of the Expert Advisor. Accordingly, Amended Report and Recommendation No. 3 is ADOPTED as the findings and conclusions of the Court. The parties shall comply with the Expert Advisor's four recommendations forthwith.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: 4/24/2019
    Detroit, Michigan