UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.S.T. CORPORATION,

    Plaintiff,

v.

ROBERT BOSCH LLC,
f/k/a ROBERT BOSCH
CORPORATION,
ROBERT BOSCH GMBH, and
BOSCH AUTOMOTIVE PRODUCTS
(SUZHOU) CO., LTD.,

    Defendants.
_____/

Case No. 15-13842

HON. AVERN COHN

**ORDER**
**ADOPTING AMENDED REPORT AND RECOMMENDATION NO. 5 (Doc. 368)**
**AND**
**GRANTING IN PART AND DENYING IN PART JST'S MOTION TO COMPEL**
**(Doc. 203)**

I.

This is a misappropriation of trade secrets case. Plaintiff, J.S.T. Corporation ("JST"), is suing Defendants, Robert Bosch LLC, Robert Bosch GmbH, and Bosch Automotive Products Co., Ltd. (collectively, "Bosch").

The Court appointed an Expert Advisor to deal with discovery and other matters. (Doc. 191). The Expert Advisor issued an Amended Report and Recommendation No. 5 (Doc. 368) regarding JST's motion to compel, Doc. 203. The Expert Advisor, after hearing objections from the parties, recommends the following:

> 1. JST's Motion to Compel Discovery Responses and Request for Expedited Referral to the Court's Appointed Discovery Expert Advisor be granted with respect to Interrogatory Nos. 1, 2, and 6, and denied with respect to Interrogatory Nos. 8, and 10–14. Bosch already has provided supplemental responses to Interrogatory

Nos. 1 and 2, and JST no longer challenges the adequacy of those responses. Robert Bosch LLC is compelled to provide a full and complete response to Interrogatory No. 6 of JST's Third Set of Interrogatories no later than April 29, 2019. This response shall include the legal name of each entity that employed the individuals listed therein, and the dates of employment if the individuals were employed by multiple Bosch affiliates in Mexico.

2. Bosch shall identify by Bates numbers the documents that it has already produced that Bosch claims are responsive to JST's Fifth Set of Document Requests.

3. Unless lead trial counsel for Bosch files a detailed declaration confirming that Bosch produced all documents responsive to Request Nos. 8, 10-13, and 17 in JST's Fifth Set of Document Requests, not limited to documents Bosch will rely upon at trial, JST's Motion be granted with respect to those six Requests for Production, and Bosch be required to produce responsive documents no later than May 1, 2019. The deadline for filing motions for summary judgment is August 29, 2019; further delay by Bosch in producing information relevant to its affirmative defenses and to JST's claims is likely to prejudice JST's ability to timely file such motions.

4. Bosch shall certify no later than April 26, 2019, that is has complied with its duty to supplement its discovery responses. See Fed. R. Civ. P. 26(e)(1)(A).

II.

The Court, having considered the matter, agrees with the recommendations of the Expert Advisor. Accordingly, the Amended Report and Recommendation No. 5 is ADOPTED as the findings and conclusions of the Court. JST's motion to compel is GRANTED IN PART AND DENIED IN PART. The parties shall comply with the Expert Advisor's four recommendations forthwith.

SO ORDERED.

S/Avern Cohn<br>AVERN COHN<br>UNITED STATES DISTRICT JUDGE

Dated: 4/24/2019
   Detroit, Michigan