UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.S.T. CORPORATION,

    Plaintiff,

v.

ROBERT BOSCH LLC,
f/k/a ROBERT BOSCH
CORPORATION,
ROBERT BOSCH GMBH, and
BOSCH AUTOMOTIVE PRODUCTS
(SUZHOU) CO., LTD.,

    Defendants.
_____/

Case No. 15-13842

HON. AVERN COHN

**ORDER**
**ADOPTING REPORT AND RECOMMENDATION NO. 8 (Doc. 370)**
**AND**
**DENYING JST'S MOTION TO AMEND THE COMPLAINT (Doc. 300)**

I.

This is a misappropriation of trade secrets case. Plaintiff, J.S.T. Corporation ("JST"), is suing Defendants, Robert Bosch LLC, Robert Bosch GmbH, and Bosch Automotive Products Co., Ltd. (collectively, "Bosch").

The Court appointed an Expert Advisor to deal with discovery and other matters. (Doc. 191). The Expert Advisor issued a Report and Recommendation No. 8 (Doc. 370) regarding JST's motion to amend, Doc. 300. The Expert Advisor recommends that the motion be denied and recommends a finding that the motion was not brought in bad faith. The parties did not lodge any objections with the Expert Advisor.

II.

The Court, having considered the matter, agrees with the recommendations of the Expert Advisor. Accordingly, Report and Recommendation No. 8 is ADOPTED as the findings and conclusions of the Court. JST's motion to amend the complaint is DENIED.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: 5/6/2019
      Detroit, Michigan