UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.S.T. CORPORATION,

    Plaintiff,

v.         Case No. 15-13842

ROBERT BOSCH LLC,         HON. AVERN COHN
f/k/a ROBERT BOSCH
CORPORATION,
ROBERT BOSCH GMBH, and
BOSCH AUTOMOTIVE PRODUCTS
(SUZHOU) CO., LTD.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION No. 15

    This is a misappropriation of trade secrets case. Plaintiff, J.S.T. Corporation ("JST"), is suing Defendants, Robert Bosch LLC, Robert Bosch GmbH, and Bosch Automotive Products Co., Ltd. (collectively, "Bosch"). The Court appointed an Expert Advisor to deal with discovery and other matters. (ECF No. 191). The Special Master issued Report and Recommendation No. 15 (R&R 15) regarding the continued sealing of ECF Nos. 437 and 439, recommending that the proposed redactions be granted. Neither party has objected to R&R 15. Accordingly, R&R 15 is ADOPTED.

    SO ORDERED.

Dated: 11/20/2019         S/Avern Cohn_____
                              AVERN COHN
                              UNITED STATES DISTRICT JUDGE

Dated:
    Detroit, Michigan