UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.S.T. CORPORATION,

    Plaintiff,

v.                                                          Case No. 15-13842

ROBERT BOSCH LLC,                         HON. AVERN COHN
f/k/a ROBERT BOSCH
CORPORATION,
ROBERT BOSCH GMBH, and
BOSCH AUTOMOTIVE PRODUCTS
(SUZHOU) CO., LTD.,

    Defendants.

_____/

## MEMORANDUM AND ORDER
## REFERRING MOTIONS TO EXPERT ADVISOR
## AND
## MOOTING BOSCH'S ORIGINAL MOTION TO STRIKE
## AND
## GRANTING JST'S MOTION TO FILE A SUR-REPLY BRIEF

I.

This is a misappropriation of trade secrets case. Plaintiff, J.S.T. Corporation ("JST"), is suing Defendants, Robert Bosch LLC, Robert Bosch GmbH, and Bosch Automotive Products Co., Ltd. (collectively, "Bosch").

The Court appointed an Expert Advisor to deal with discovery and other matters. (Doc. 191). The Expert Advisor subsequently issued several reports and recommendations which were adopted by the Court.

Pending before the Court are the following motions:[1]

Bosch's Motion for Summary Judgment on All Non-Stayed Claims: Count 1 (Trade Secret Misappropriation), Count 1V (Unfair Competition), Count V (Unjust Enrichment), and Count VI (Breach of Settlement Agreement) (ECF No. 441)

Bosch's (Corrected) Motion to Strike Declarations of Ping Chen, Mark Rei, and Gwen Upson Submitted in Support of JST's Opposition to Bosch's Motion for Summary Judgment (ECF No. 479)[2]

II.

Due to the Expert Advisor's familiarity with the subject matter and evidence in this case, the above motions are REFERRED to the Expert Advisor for reports and recommendations. The terms of the appointment are governed by the original appointment order.

SO ORDERED.

S/Paul D. Borman
Presiding U.S. District Judge for
Avern Cohn
U.S. District Judge

Dated: 12/19/2019
Detroit, Michigan

---

[1] Also pending before the Court is JST's Motion to File a Sur-reply to Bosch's Motion to Strike. (ECF No. 487). This motion is GRANTED.

[2] In light of filing a "Corrected Motion," Bosch's original motion to strike (ECF No. 477) is MOOT.